AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Virgin Islands

| | |
|---|---|
| JAHNESTA RITTER ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:13CV00051 |
| K-MART CORPORATION ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* JAHNESTA RITTER recover from the defendant *(name)* K-MART CORPORATION the amount of One Million Seven Hundred Nineteen Thousand Four Hundred Thirty dollars ($1,719,430.00), which includes prejudgment interest at the rate of 0.00 %, plus post judgment interest at the rate of 0.17 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge Curtis V. Gòmez presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 1/29/2015

Glenda L. Lake, Esq.
*CLERK OF COURT*

*(signature)*
*Signature of Clerk or Deputy Clerk*

RECEIVED 2015 JAN 29 PM 4:06 CLERK OF THE DISTRICT COURT ST. THOMAS, V.I.